IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SURAJ BHAN;
RADHIKA RAJ,

      Plaintiffs,            No. 2:12-cv-2299 MCE DAD PS

      v.

FEDERAL HOME LOAN
MORTGAGE CORPORATION;
BANK OF AMERICA, N.A.,      <u>ORDER</u>

      Defendants.
_____/

        This matter came before the court on January 18, 2013 for hearing of defendants' motion to dismiss. Plaintiff Radhika Raj, who is proceeding pro se in this action, did not appear at the hearing. Plaintiff Saraj Bhan, who is also proceeding pro se, did appear at the hearing and requested a continuance of the matter to allow plaintiffs to retain counsel. The undersigned granted the request, continued the hearing on the motion to dismiss to February 22, 2013, and advised plaintiff Saraj Bhan that no further continuances of the hearing would be granted for the requested purpose. The court also instructed plaintiff Saraj Bhan that by no later than February 8, 2013, counsel for plaintiffs must substitute into this action or plaintiffs must file written opposition to the defendants' pending motion to dismiss.

On February 8, 2013, plaintiffs filed a request for a further extension of time or alternatively a request that this matter be dismissed without prejudice.[1] As noted above, the court had previously advised plaintiff Saraj Bhan that no further extensions of time would be granted for purposes of allowing plaintiff's time to retain counsel. However, because no defendant has filed an answer or a motion for summary judgment in this action, plaintiffs' alternative request to voluntary dismiss this action is proper pursuant to Rule 41(a)(1)(A)(i).

Accordingly, IT IS ORDERED that:

1. Plaintiffs' February 8, 2013 request for voluntary dismissal without prejudice (Doc. No. 26) is granted;

2. Defendants motion to dismiss (Doc. No. 5), having been rendered moot by plaintiffs' voluntary dismissal, is denied; and

3. This action is closed.

DATED: February 13, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\bhan2299.voldism.ord.wpd

---

[1] Although plaintiffs' filing is styled as a "STIPULATION for Extension" of time, the document is not signed by counsel for defendants and clearly states that it is only "Plaintiffs" who are requesting an extension of time or voluntary dismissal of this action. (Doc. No. 26.)